**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSTY BENJAMIN, | ) Case No. 1:25-cv-01687 JLT SKO |
|            Plaintiff, | ) <br> ) ORDER ADOPTING IN FULL THE FINDINGS <br> ) AND RECOMMENDATIONS |
|    v. | ) RECOMMENDING THAT PLAINTIFF'S <br> ) MOTION FOR SUMMARY JUDGMENT BE |
| FRANK BISIGNANO, | ) DENIED AND THE FINAL DECISION OF THE <br> ) COMMISSIONER OF SOCIAL SECURITY BE <br> ) AFFIRMED |
| Commissioner of Social Security, | ) <br> ) (Docs. 9, 15) |

Dusty Benjamin filed a complaint under 42 U.S.C. § 1383(c) seeking judicial review of a final decision of the Commissioner of the Social Security Administration terminating his previously granted disability insurance benefits under Title II of the Social Security Act. (Doc. 1.)

On April 22, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be denied and that the final decision of the Commissioner be affirmed. (Doc. 15.) The magistrate judge recommended that the decision be affirmed because the ALJ properly relied on evidence in the record that undermined the credibility of Plaintiff's allegations of disabling symptoms and limitations. (*See id*.)

The Court granted the parties 14 days from the date of service to file objections to the recommendations of the magistrate judge. (Doc. 15 at 13.) The Court advised the parties "that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). No objections were filed, and

the time to do so has passed.

This Court conducted a de novo review of the case. The findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed April 22, 2026 (Doc. 15) are **ADOPTED IN FULL**.

2. Plaintiff's motion for summary judgment (Doc. 9) is **DENIED.**

3. The final decision of the Commissioner of Social Security is **AFFIRMED**.

4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Dusty Benjamin, and to **CLOSE** this action.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

UNITED STATES DISTRICT JUDGE